UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYSTEMATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:11-cv-487-LPS |
| ) | |
| PRODUCTION PRODUCTS, INC., ) | JUDGMENT |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

  The parties hereto, having agreed to a settlement of the matters in issue between them, and to the entry of this Judgment, it is hereby ORDERED, ADJUDGED, AND DECREED:

  1. This Court has jurisdiction over plaintiff Systemation, Inc. and over defendant Production Products, Inc. and over the subject matter in issue, and venue is proper.

  2. United States Letters Patent No. 5,342,100 (hereafter "the Patent"), assigned to plaintiff Systemation, Inc., is good, valid and enforceable in law and has been infringed by defendant Production Products, Inc. by the manufacture, sale, offering for sale and importing of the angle plates shown in the attached Appendices A and B.

  3. At all times material hereto, the Patent and all rights thereto and thereunder have been owned by plaintiff Systemation, Inc.

  4. Defendants Production Products, Inc., its officers, agents, servants, employees, and all persons in active concert or participation with any of them are hereby permanently restrained and enjoined from directly or indirectly making, using, selling,

offering for sale or importing the angle plates set forth in the attached Appendices A and B or any colorable imitations thereof without authority of plaintiff Systemation, Inc. or an authorized licensee during the unexpired term of the Patent, or until any final judgment holding the Patent not valid and/or unenforceable. PPI has imported angle plates shown in appendices A and B which will arrive in the United States on or about August 1, 2011 and the parties agree that PPI will have these angle plates destroyed by an independent company agreed to by the parties and the company shall provide an Affidavit of Destruction to Systemation.

     5. This Judgment shall be binding on the parties and their successors or assigns.

     6. Each party hereto shall bear its own costs and expenses, including attorney fees.

     7. Plaintiff Systemation, Inc. shall have judgment accordingly.

IT IS SO ORDERED THIS 27th day of June, 2011.

_____
United States District Judge

Approved for Plaintiff:

_Kristen Healey Cramer_
Kristen Healey Cramer (#4512)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington Delaware 19899
Telephone (302) 888-6317
Facsimile (302) 658-5614
kcramer@cblh.com

Approved for Defendant:

_R. Christopher Gass_
Christopher R. Gass
PRODUCTION PRODUCTS, INC.
30487 Potomac Way
Charlotte Hall, Maryland 20622

Of Counsel:
Theodore A. Breiner
Jennifer A. Harchick
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, Virginia 22314
Telephone (703) 684-6885

# APPENDIX A



# APPENDIX B

